IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 13-CR-30232-MJR |
| ) | |
| DARRAL C. MORRIS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DARRAL C. MORRIS'S MOTION
FOR *DE NOVO* REVIEW OF DETENTION ORDER**

COMES NOW Defendant Darral C. Morris, through his attorney, Assistant Federal Public Defender Daniel G. Cronin, and seeks review of an Order of Detention pursuant to 18 U.S.C. § 3145. In support of this motion, undersigned counsel states:

1. On November 5, 2013, the government filed a written motion to detain Defendant Morris under 18 U.S.C. § 3142. *See* Motion for Detention (Doc. 9). The government's motion maintained that Defendant Morris was both a flight risk and a danger to the community. Id. at 1.

2. Later on November 5, 2013, the Honorable Donald G. Wilkerson, United States Magistrate Court Judge, conducted a detention hearing for Defendant Morris. *See* Minute Entry for Proceedings of November 5, 2013 (Doc. 10). At the conclusion of the hearing, Defendant Morris was remanded to the custody of the U.S. Marshal, while the Court took the issue of detention under advisement. Id.

3. On November 12, 2013, Judge Wilkerson signed a written Order for Detention, which was docketed the following day. *See* Order for Detention (Doc. 17). The Court's Order found detention necessary to reasonably assure both Defendant Morris's appearance, as well as the safety of the community. Id.

4. 18 U.S.C. § 3145(b) provides for review of a detention order upon request. Pursuant to that statutory provision, Defendant Morris respectfully seeks *de novo* review by this Court.

WHEREFORE, Defendant Morris requests a *de novo* review of the detention order.

Respectfully submitted,

/s/ Daniel G. Cronin
DANIEL G. CRONIN
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
DARRAL C. MORRIS

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on March 13, 2014, he provided a copy of this Motion to:

>Stuart J. Zander
>Assistant United States Attorney
>Southern District of Illinois
>Nine Executive Drive, Suite 300
>Fairview Heights, Illinois 62208

via electronic filing with the Clerk of Court using the CM/ECF system.

>/s/ Daniel G. Cronin
>DANIEL G. CRONIN